1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   ALAIN I. VIRGEN and SYLVIA D.          )
    VIRGEN, individuals,                   )      2:09-cv-01426-GEB-EFB
10                                          )
                   Plaintiffs,             )
11                                          )      DISMISSAL ORDER
             v.                            )
12                                          )
    WACHOVIA MORTGAGE CORPORATION;          )
    CAL-WESTERN RECONVEYANCE               )
13  CORPORATION,                           )
                                           )
14                 Defendants.             )
15  _____)

16          On October 9, 2009 Plaintiffs' counsel John W. Villines
17  ("Villines") was ordered to pay sanctions by October 20 because of his
18  failure to respond to an earlier issued Order to Show Cause concerning
19  Plaintiffs' failure to file a timely status report.  Villines was
20  required to submit proof of payment to chambers "within five (5) days
21  of payment."  Proof of payment has not been provided.
22          The October 9 Order also ordered Plaintiffs and Villines
23  to show cause again in a filing due no later than 4:00 p.m. on October
24  15, 2009, why sanctions should not be imposed for their failure to
25  file a second status report for the status conference.  The October 15
26  Order also required Plaintiffs to explain "why this action should not
27  be dismissed because of their failure to comply with two orders
28  requiring that a status report be filed," and "why any unserved

                                    1

defendant should not be dismissed because of [Plaintiffs'] failure to serve that defendant within [Federal Rule of Civil Procedure] 4(m)'s 120-day time service period."  Alternatively, Plaintiffs were required to file "proof of service [concerning service on a defendant] to avoid dismissal."  No response has been filed.  Therefore, this action is dismissed.

Dated:  October 27, 2009

GARLAND E. BURRELL, JR.
United States District Judge